UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN JOVEE,<br><br>                  Plaintiff,<br><br>         v.<br><br>JOLENE JOVEE,<br><br>                  Defendant. | Cause No. C22-0710RSL<br><br>ORDER |

On May 20, 2022, Nathan Jovee filed a notice of removal of a custody dispute pending in Snohomish County Superior Court to the United States District Court for the Western District of Washington. Pursuant to Local Civil Rule ("LCR") 101(b), a copy of the operative complaint filed in state court and the contact information of all counsel and pro se parties must accompany any notice of removal filed in this district. In the absence of this information, the Court cannot determine whether it has jurisdiction over this matter and cannot keep the parties apprised of the status of the case.

Mr. Jovee shall, within fourteen days of the date of this Order, file a copy of the complaint filed in state court, the contact information of all counsel and *pro se* parties, and the information specified in LCR 101(c). Failure to do so will result in the remand of this matter

ORDER DENYING DEFENDANT'S
MOTION TO STRIKE - 1

back to state court. The Clerk of Court is directed to note this order on the Court's calendar for consideration on Friday, July 8, 2022.

Dated this 22nd day of June, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION TO STRIKE - 2