UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN JOVEE,<br><br>        Plaintiff,<br><br>    v.<br><br>JOLENE JOVEE,<br><br>        Defendant. | Cause No. C22-0710RSL<br><br>ORDER OF REMAND |

On May 20, 2022, Nathan Jovee filed a notice of removal of a custody dispute pending in Snohomish County Superior Court to the United States District Court for the Western District of Washington. Pursuant to Local Civil Rule ("LCR") 101(b), a copy of the operative complaint filed in state court and the contact information of all counsel and *pro se* parties must accompany any notice of removal filed in this district. In the absence of this information, the Court cannot determine whether it has jurisdiction over this matter and cannot keep the parties apprised of the status of the case. Mr. Jovee was given until July 6, 2022, to file a the required information. He was warned that the failure to do so would result in the remand of this matter back to state court. Dkt. # 8.

On July 13, 2022, Mr. Jovee submitted an *ex parte* "Motion for Immediate Restraining Order" which he represents to be the operative complaint in state court. Dkt. # 10 at 1 and 3-79.

ORDER OF REMAND - 1

The *ex parte* motion was filed in February 2022 by Jolene Jovee in a Snohomish County Superior Court case that has been pending since 2019. The document submitted by Mr. Jovee is clearly not the complaint in the state court action, it does not indicate any grounds for the exercise of federal jurisdiction, and the caption of the document indicates that Mr. Jovee is the petitioner and that Jolene Jovee is the respondent in the state case. The Clerk of Court is hereby directed to remand this matter to the Snohomish County Superior Court on the grounds that (a) Mr. Jovee failed to comply with the Court's June 22, 2022, Order, (b) Mr. Jovee has failed to show that the federal court has original jurisdiction over this civil matter, and (c) Mr. Jovee is not a "defendant" entitled to remove a civil action under 28 U.S.C. § 1441(a).

Dated this 15th day of July, 2022.

Robert S. Lasnik
United States District Judge

ORDER OF REMAND - 2